# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KAGAN PAUL CUSICK, <br><br> Defendant. | Case No. 3:19-cr-00034-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPRESS

Before the Court at Docket 36 is Defendant's Motion to Suppress. The Government responded in opposition at Docket 39. The motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 58, Judge Smith issued her Initial Report and Recommendation, in which she recommended that the motion be denied. Defendant filed objections to the Initial Report and Recommendation at Docket 59. Judge Smith issued her Final Report and Recommendation at Docket 60, in which she recommended that the motion be denied. No further objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is

---

[1] 28 U.S.C. § 636(b)(1).

to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[3]

The magistrate judge recommended that the Court deny the Motion to Supress. The Court has reviewed the Final Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Final Report and Recommendation, and IT IS ORDERED that the Motion to Suppress at Docket 36 is DENIED.

DATED this 10th day of March, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[2] *Id.*

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:19-cr-00034-SLG-DMS, *USA v. Cusick*
Order re Final Report and Recommendation on Defendant's Motion to Suppress
Page 2 of 2
Case 3:19-cr-00034-JMK-DMS   Document 61   Filed 03/11/20   Page 2 of 2